DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone (916) 455-4800
Facsimile (916) 451-5687
Email: dallen@davidallenlaw.com

Attorneys for Plaintiff,
CYNTHIA LUNDT-REALES

RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
SHANNON L. ERNSTER (SBN: 264940)
sernster@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LUNDT-REALES,<br><br>               Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>               Defendant. | Case No.: 2:20-cv-00737-MCE-AC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action shall be, and hereby is, DISMISSED with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  December 10, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE